IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:26-mc-00002-JLT-EPG |
| Plaintiff, | ORDER TERMINATING<br>WRIT OF GARNISHMENT |
| v. | Criminal Case No. 1:14-CR-00147-LJO-BAM |
| VIRIRIANA HERNANDEZ, | |
| Debtor. | |
| JESUIT RESTORATIVE JUSTICE<br>INITIATIVE, | |
| Garnishee. | |

The Court, having carefully reviewed the entire file, and the United States' Request for an Order Terminating Writ of Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the Request.

///

///

///

///

1

Accordingly, it is ORDERED THAT:

1.     Pursuant to 28 U.S.C. § 3205(c)(10), the Writ of Garnishment issued on January 20, 2026, is hereby TERMINATED; and

2.     The Clerk of Court is direct to close this miscellaneous case.

IT IS SO ORDERED.

Dated:   **May 20, 2026**                    /s/ _Erica P. Grosjean_
                                                    UNITED STATES MAGISTRATE JUDGE